IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03032-WYD-MJW

MATTHEW BYRNE,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Request to Re-Submit Plaintiff's Response to Defendant's Motion for Determination that Wyoming Law Applies to Plaintiff's Claims in this Action (ECF No. 32) is **GRANTED**. Plaintiff's Response (ECF No. 31) is accepted for filing.

    Dated: July 14, 2010