IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-03032-WYD-MJW

MATTHEW BYRNE,

Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Modify Scheduling Order, DN 34, filed with the Court on July 16, 2010, is GRANTED. The Scheduling Order is modified and the deadlines are extended as follows:

1) Defendant's expert witness endorsement: August 30, 2010;

2) Plaintiff's endorsement of all rebuttal experts: September 14, 2010;

3) Discovery cut-off: October 15, 2010;

4) Last day for service of Interrogatories and Request for Production of Documents: August 20, 2010; and,

4) Deadline for dispositive motions: November 15, 2010;

Date: July 20, 2010