## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-03032-WYD-MJW | FTR - Courtroom A-502 |
| **Date:** September 21, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| MATTHEW BYRNE, | Cheryl A. Martin |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Sheryl L. Anderson<br>Karen R. Wells |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTIONS HEARING
**Court in Session:** 10:00 a.m.
Court calls case. Appearances of counsel. The Court Minute Order, Docket No. 46 filed September 15, 2010, ordered plaintiff to appear in person for this hearing. Plaintiff has failed to appear.

It is noted Plaintiff's deadline to respond to Defendant's Motion of Defendant State Farm Mutual Automobile Insurance Company to Compel Plaintiff's Discovery Responses [Docket No. **39,** Filed September 03, 2010] is SEPTEMBER 27, 2010. Ms. Martin is directed to notify Mr. Byrne of the deadline and to then file proof of the notification with the court.

The Court raises J. Keith Killian and Cheryl A. Martin's Motion to Withdraw and the parties' Stipulated Motion to Stay all Discovery and Disclosure Deadline and for Status Conference for argument.

**It is ORDERED:**     J. Keith Killian and Cheryl A. Martin's MOTION TO WITHDRAW [Docket No. **41,** Filed September 09, 2010] is **GRANTED** for reasons as set forth on the record. Both counsel are withdrawn, and the Clerk of the Court shall remove J. Keith Killian and Cheryl A. Martin from electronic notification.

The Clerk of the Court is directed to enter the following address for future court mailings and telephone information:    Matthew Byrne    Telephone:  (307) 274-1065
1572 N. 23rd Street
Laramie, WY  82070


**It is ORDERED:**   Parties' STIPULATED MOTION TO STAY ALL DISCOVERY AND DISCLOSURE DEADLINES AND FOR STATUS CONFERENCE [Docket No. **44,** Filed September 14, 2010]   is **DENIED AS MOOT** for reasons as set forth on the record.  Discovery is not stayed.


Defendant notes its responses are due today to discovery requests and makes an Oral Motion for extension of time to respond to plaintiff's discovery requests.  With no objection,

**It is ORDERED:**   Defendant's ORAL MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS is   **GRANTED**.  Defendant shall respond to current discovery requests
**on or before    OCTOBER 05, 2010** .


HEARING CONCLUDES.

**Court in recess:**   10:16
Total In-Court Time:   00:16