IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 09-cv-03032-WYD-MJW | FTR - Courtroom A-502 |
| Date: October 15, 2010 | Courtroom Deputy, Ellen E. Miller |

| *Parties* | *Counsel* |
|---|---|
| MATTHEW BYRNE, | - - - - No appearance - - - |
| Plaintiff(s), | |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Sheryl L. Anderson<br>Karen R. Wells |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: MOTION HEARING
**Court in Session:** 9:07 a.m.
Court calls case. Appearances of defense counsel. *Pro Se* Plaintiff has failed to appear.

Court Minute Order [Docket No. 53, Filed October 07, 2010] ordered *Pro Se* Plaintiff to appear in person. Plaintiff was placed on notice that if he fails to appear for this hearing he may be subject to sanctions including dismissal of his case.

**It is ORDERED:** A SHOW CAUSE HEARING is set
**NOVEMBER 17, 2010 at 8:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.
A written contempt citation and order to show cause shall issue.

The Court raises State Farm Mutual Automobile Insurance Company's Motion to Compel Plaintiff's Discovery Responses [Docket No.39] and State Farm Mutual Automobile Insurance Company's Motion to Stay Responses to Plaintiff's Written Discovery [Docket No. 51] for discussion.

**It is ORDERED:** State Farm Mutual Automobile Insurance Company's MOTION TO COMPEL PLAINTIFF'S DISCOVERY RESPONSES [Docket No. **39**, Filed September 03, 2010] is **GRANTED** for reasons as set forth on the record.

**It is ORDERED:**  State Farm Mutual Automobile Insurance Company's MOTION TO STAY RESPONSES TO PLAINTIFF'S WRITTEN DISCOVERY [Docket No. **51**, Filed October 05, 2010] is   **GRANTED** for reasons as set forth on the record.

Hearing concluded.
**Court in recess:**     9:17 a.m.
Total In-Court Time 00: 10

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.